UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60029-ARTAU/AUGUSTIN-BIRCH

RAFAEL ARCE CENTENARO,

    Plaintiff,

vs.

CEBICHE-BAR, INC D/B/A
CEBICHE BAR PEMBROKE PINES
AND GIANCARLO CAPOCCI,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Samuel Gonzalez, Esq., of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Rafael Arce Centenaro, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

Dated this 8th day of January 2026.

                                                          s/Samuel Gonzalez, Esq.
                                                          Samuel Gonzalez, Esq.
                                                          Fla. Bar No. 1011323
                                                          samuel@fairlawattorney.com
                                                          FAIRLAW FIRM
                                                          135 San Lorenzo Avenue
                                                          Suite 770
                                                          Coral Gables, Florida 33146
                                                          Tel:    305.230.4884
                                                          *Counsel for Plaintiff*