UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60029-ARTAU/AUGUSTIN-BIRCH

RAFAEL ARCE CENTENARO,

    Plaintiff,

vs.

CEBICHE-BAR, INC D/B/A CEBICHE
BAR PEMBROKE PINES AND
GIANCARLO CAPOCCI,

    Defendants.
_____/

PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, CEBICHE-BAR, INC D/B/A CEBICHE BAR PEMBROKE PINES

    Plaintiff, Rafael Arce Centenaro files the Return of Service on Defendant, Cebiche-Bar, Inc d/b/a Cebiche Bar Pembroke Pines (served on January 19, 2026).

    Dated this 20th day of January 2026.

                                                  s/Samuel Gonzalez, Esq.
                                                  Samuel Gonzalez, Esq.
                                                  Fla. Bar No. 1011323
                                                  samuel@fairlawattorney.com
                                                  FAIRLAW FIRM
                                                  135 San Lorenzo Avenue
                                                  Suite 770
                                                  Coral Gables, Florida 33146
                                                  Tel:    305.230.4884
                                                  Counsel for Plaintiff