UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60029-ARTAU/AUGUSTIN-BIRCH

RAFAEL ARCE CENTENARO,

    Plaintiff,

vs.

CEBICHE-BAR, INC D/B/A CEBICHE
BAR PEMBROKE PINES AND
GIANCARLO CAPOCCI,

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, GIANCARLO CAPOCCI

Plaintiff, Rafael Arce Centenaro files the Return of Service on Defendant, Giancarlo Capocci (served on January 19, 2026).

Dated this 20th day of January 2026.

                                              s/Samuel Gonzalez, Esq.
                                              Samuel Gonzalez, Esq.
                                              Fla. Bar No. 1011323
                                              samuel@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, Florida 33146
                                              Tel:   305.230.4884
                                              Counsel for Plaintiff