# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:26-CV-60029-EA

Plaintiff: **RAFAEL ARCE CENTENARO**
vs.
Defendant: **CEBICHE-BAR, INC. d/b/a CEBICHE-BAR PEMBROKE PINES AND GIANCARLO CAPOCCI**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 8th day of January, 2026 at 10:48 am to be served on **Giancarlos Capocci, 1110 SW 147 Avenue, Pembroke Pines, FL 33027**.

I, Kenneth Wolf, do hereby affirm that on the **19th day of January, 2026** at **7:51 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Giancarlos Capocci** at the address of: **1110 SW 147 Avenue, Pembroke Pines, FL 33027**, and informed said person of the contents therein, in compliance with Florida statute § 48.031(1)(a).

**Military Status:** Based upon inquiry at the time of service, the party to be served is not in the military.

**Marital Status:** Based upon inquiry at the time of service, they refused to state whether the party to be served is married.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: Hispanic, Height: 5'9", Weight: 180, Hair: Dark Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Kenneth Wolf**
Special Process Server, No 188

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2026000018

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e