UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60029-ARTAU/AUGUSTIN-BIRCH

RAFAEL ARCE CENTENARO,

    Plaintiff,

vs.

CEBICHE-BAR, INC d/b/a
CEBICHE BAR PEMBROKE PINES
AND GIANCARLO CAPOCCI,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Rafael Arce Centenaro, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

Dated this 9th day of February 2026.

    s/ Brian H. Pollock, Esq.
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    Samuel G. Gonzalez, Esq. (1011323)
    samuel@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, Florida 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*