UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:26-CV-60029-EA

RAFAEL ARCE CENTENARO,

    Plaintiff,

vs.

CEBICHE-BAR, INC. d/b/a
CEBICHE-BAR PEMBROKE PINES, and
GIANCARLO CAPOCCI,

    Defendants.
_____/

**NOTICE OF APPEARANCE**

    The undersigned counsel hereby files this notice of appearance as on behalf of Defendants.

in connection with and in any and all proceedings had in the above-styled cause.

Dated: February 13, 2025

    Respectfully submitted,

    MICHAEL A. PANCIER, P.A.
    Counsel for Defendants
    9000 Sheridan Street - Suite 93
    Pembroke Pines, FL  33024
    Tel.:  954-862-2217
    Email: mpancier@pancierlaw.com
    By:  /s/ Michael A. Pancier, Esq.
       MICHAEL A. PANCIER
       Florida Bar No.: 958484

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2026, I electronically filed the foregoing document with the Clerk of the Court.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Michael A. Pancier, Esq.
Michael A. Pancier, Esq.
Fla. Bar No. 958484