UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:26-cv-60029-EA

**Rafael Arce Centenaro,**

    Plaintiff,

v.

**Cebiche-Bar, Inc., et al.,**

    Defendants.

_____/

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

This cause comes before the Court upon sua sponte review of the record. It is **ORDERED AND ADJUDGED** that the joint motion for settlement approval [ECF No. 9] is hereby referred to Magistrate Judge Panayotta Augustin-Birch for disposition.

**ORDERED** in Chambers in West Palm Beach, Florida, this 25th day of February 2026.

_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Samuel Gregorio Gonzalez**
FairLaw Firm
135 San Lorenzo Ave
Unit 770
Coral Gables, FL 33146
305-230-4884
Email: samuel@fairlawattorney.com

**Brian Howard Pollock**
FairLaw Firm
135 San Lorenzo Ave
Suite 770
33146
Coral Gables, FL 33146

305-230-4884
Fax: 305-230-4844
Email: brian@fairlawattorney.com

**Michael Anthony Pancier**
Michael A. Pancier, P.A.
9000 Sheridan Street
Suite 93
Pembroke Pines, FL 33024
954-862-2217
Fax: 954-862-2287
Email: mpancier@pancierlaw.com