UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-CV-60029-ARTAU/AUGUSTIN-BIRCH

RAFAEL ARCE CENTENARO,

      Plaintiff,

vs.

CEBICHE-BAR, INC D/B/A
CEBICHE BAR PEMBROKE PINES AND
GIANCARLO CAPOCCI,

      Defendants.
_____/

## JOINT CONSENT TO U.S. MAGISTRATE JUDGE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties voluntarily waive their right to proceed before a District Judge of this Court and consent to have the United States Magistrate Judge currently assigned to these proceedings (Magistrate Judge Panayotta Augustin-Birch) conduct all further proceedings in this case, including the trial and order the entry of a final judgment. The parties do not consent to reassignment to any other or successor Magistrate Judge.

      Dated this 25th day of February 2026.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
305.230.4884
Counsel for Plaintiff

s/Michael A. Pancier, Esq.
Michael A. Pancier, Esq. (958484)
mpancier@pancierlaw.com
Law Offices of Michael A. Pancier
9000 Sheridan Street
Suite 93
Pembroke Pines, FL 33024
305.778.0445
Counsel for Defendants