UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 0:26-cv-60029-EA

**Rafael Arce Centenaro,**

      Plaintiff,

v.

**Cebiche-Bar, Inc.,**
**Et al.,**

      Defendants.

_____/

## ORDER TRANSFERRING CASE

This cause comes before the Court on the parties' joint notice and consent to Magistrate Judge Panayotta Augustin-Birch's jurisdiction for all future proceedings, including trial and the entry of a final judgment. Therefore, it is **ORDERED AND ADJUDGED** that this case shall be transferred to Magistrate Augustin-Birch for all future proceedings.

**ORDERED** in Chambers in West Palm Beach, Florida, this 23rd day of March 2026.

_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Samuel Gregorio Gonzalez**
FairLaw Firm
135 San Lorenzo Ave
Unit 770
Coral Gables, FL 33146
305-230-4884
Email: samuel@fairlawattorney.com

**Brian Howard Pollock**
FairLaw Firm
135 San Lorenzo Ave
Suite 770
33146
Coral Gables, FL 33146
305-230-4884
Fax: 305-230-4844
Email: brian@fairlawattorney.com

**Michael Anthony Pancier**
Michael A. Pancier, P.A.
9000 Sheridan Street
Suite 93
Pembroke Pines, FL 33024
954-862-2217
Fax: 954-862-2287
Email: mpancier@pancierlaw.com